UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TASHA MAY KLING,<br><br>   Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>   Defendant. | No.   14-CV-309-JPH<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.   Judgment is entered for Defendant.

DATED: September 10, 2015

               SEAN F. McAVOY
               Clerk of Court

               By: *s/Karen White*
                  Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**